UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:09-CR-66-BR
No. 4:12-CV-78-BR

| | |
|---|---|
| DEMAZ ALSTON,<br>    Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | O R D E R |

Having conducted an examination of petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings and it appearing that dismissal is not warranted at this time, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

This 3 May 2012.

                                          W. Earl Britt

                                          Senior U.S. District Judge